**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

---

| | | |
|---|---|---|
| In Re:<br>SANDRA A. HOJNOSKI<br>  fka Sandra Tostanoski | SSN/Tax ID: xxx–xx–4876 | Case No.: 2–04–24564–JCN<br>Chapter: 13 |
| | Debtor(s) | |

---

| | | |
|---|---|---|
| George M. Reiber | Plaintiff(s) | A.P. No.: 2–05–02013–JCN |
|   v. | | |
| OPTION ONE MORTGAGE CORP<br>Sherman Acquisition LP<br>Victory Village MHC | Defendant(s) | |

---

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on January 4, 2006 . The undersigned deputy clerk of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Dated: January 4, 2006

                                                       Paul R. Warren
                                                       Clerk, U.S. Bankruptcy Court

                                                       By:  P. Finucane
                                                              Deputy Clerk

**Form ntcentry**
Doc 44
